# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

PARADIGM CARE & ENRICHMENT CENTER, LLC, PARADIGM CARE & ENRICHMENT CENTER 2, LLC, CREATIVE PATHS LEARNING CENTER, INC., and CREATIVE PATHS INFANT CENTER, INC.,

Plaintiffs,

v.

WEST BEND MUTUAL INSURANCE COMPANY,

Defendant.

Case No. 20-CV-720-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant's motion to dismiss Plaintiffs' amended complaint (Docket #21) be and the same is hereby **GRANTED**; and

    **IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED with prejudice**.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

|  | GINA M. COLLETTI |
|---|---|
|  | Clerk of Court |
| March 26, 2021 | s/ *Jodi L. Malek* |
| Date | By: Deputy Clerk |